11th
Court of Appeals

 Eastland,
Texas

   Memorandum
Opinion

 

Headway Corporate Resources, Inc. et al

Appellants

Vs.       No.
11-03-00058-CV B Appeal from Dallas County

Ron Anderson d/b/a Medops

Appellee

 

The parties have filed in this court a joint
motion to dismiss.  The parties state
that, since the time this appeal was perfected, they have resolved all matters
in controversy and have entered into a settlement agreement.  The motion is granted.  TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

February 6, 2003

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.